## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hazel Tucker,<br><br>      **Plaintiff,**<br><br>v.<br><br>Client Services, Inc.,<br><br>      **Defendant.** | **Case No.: 2:11-cv-00336**<br><br>*FILED*<br>JUN 1 0 2011<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

## ORDER

AND NOW, this *10th* day of *June*, 2011, upon consideration of Plaintiff's Motion for Dismissal, it is hereby:

      **ORDERED** that Plaintiff's motion is granted.  The above-captioned matter is hereby dismissed with prejudice.

BY THE COURT

The Honorable Robert F. Kelly
District Court Judge